IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONNIE FORTNER**                                                              **PLAINTIFF**

VS.                                                       **CIVIL ACTION NO. 5:12-CV-0358**

**MINE SAFETY APPLIANCES
COMPANY, ET AL.**                                                  **DEFENDANTS**

**ORDER OF DISMISSAL**

This matter came before the Court on the joint motion of plaintiff Ronnie Fortner and defendant Moldex-Metric, Inc. to have the claims of plaintiff Ronnie Fortner against this defendant voluntarily dismissed without prejudice. The Court, having considered the motion, and being further advised that the parties to this order are in agreement, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the claims of plaintiff Ronnie Fortner are voluntarily dismissed without prejudice as to defendant Moldex-Metric, Inc., with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 19th day of September, 2014.

                                                                                     UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Colleen S. Welch
Edwin S. Gault, Jr., MSB No. 10187
Colleen S. Welch, MSB No. 100807
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099

Attorneys for Defendants

/s/ John T. Givens
Timothy W. Porter, MSB #9687
John T. Givens, MSB #101561
Patrick C. Malouf, MSB #9702
PORTER & MALOUF, P.A.
P.O. Box 12768
Jackson, Mississippi 39236-2768

R. Allen Smith, MSB #99984
THE SMITH LAW FIRM
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157

Attorneys for Plaintiff