# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RONNIE FORTNER**                                                                                      **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 5:12CV0358 BSM**

**MINE SAFETY APPLIANCES CO., ET AL.**                     **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL
## WITHOUT PREJUDICE AS TO MOLODEX-METRIC, INC.

Consistent with the order entered this date, all claims that were brought or that could have been brought by plaintiff Ronnie Fortner against Molodex-Metric, Inc. ("Molodex) are hereby dismissed without prejudice, and Molodex is dismissed as a party.

IT IS SO ORDERED this 19th day of September 2014.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE

AGREED TO:

___/s/ Matthew R. Dowd_____   _____
CHARLES R. WILBANKS, JR., MSB #7193
MATTHEW R. DOWD, MSB #101928
G. AUSTIN STEWART, MSB #102570
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P. O. Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile:  (601) 960-6902
***ATTORNEYS FOR MINE SAFETY APPLIANCES COMPANY***


___/s/ R. Allen Smith, Jr.___
R. Allen Smith, Jr., MSB #99984
THE SMITH LAW FIRM, P.L.L.C.
681 Towne Center Blvd., Suite B
Ridgeland, MS 39157

Timothy Porter, MSB #9687
Patrick C. Malouf, MSB#9702
Johnny T. Givens, MSB #101561
PORTER & MALOUF, P.A.
P.O. Box 12768
Jackson, Mississippi  39236
***Attorneys for Plaintiff***